## NEW LONDON COUNTY MUTUAL INSURANCE COMPANY

v.

### Karolyn FONTAINE et al.

### No. 2010–49–APPEAL.

Supreme Court of Rhode Island.

May 31, 2011.

Lauren D. Wilkins.

Joseph J. Altieri.

### ORDER

This case came before the Supreme Court for oral argument on March 30, 2011, pursuant to an order directing the parties to appear and show cause why the issues raised in this appeal should not be summarily decided. After hearing the arguments of counsel and reviewing the memoranda of the parties, we conclude that cause has been shown.

Accordingly, the case is assigned to the regular calendar for full briefing and argument. The appellant's brief will be due within forty days of the date of this order. Further briefing shall be in accordance with Article I, Rule 16 of the Supreme Court Rules of Appellate Procedure.

### In the Matter of Miguel R. HERNANDEZ.

### No. 2011–078–M.P.

Supreme Court of Rhode Island.

June 3, 2011.

Miguel R. Hernandez.

David D. Curtin.

### ORDER

On March 8, 2011 this court suspended Miguel R. Hernandez, the petitioner, from the practice of law for his failure to comply with an order of the court that he file an answer to two disciplinary complaints. On May 13, 2011, he filed a petition for reinstatement. This matter came before the court at its conference on June 1, 2011. The petitioner appeared before the court, without counsel.

Having reviewed the petition, the response of disciplinary counsel, and having heard the representations of the petitioner, we deny the petition without prejudice. The petitioner may not submit a new reinstatement petition until three months from the date of this order.